UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY SCOTT L'HEUREUX,<br><br>                    Plaintiff,<br><br>     v.<br><br>VICKI SHUMAKER,<br><br>                    Defendant. | Case No. C09-1812-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendant's motion for summary judgment (Dkt. No. 13) is GRANTED.

(3)   Plaintiff's complaint and this action are DISMISSED with prejudice.

//

//

//

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to Judge Tsuchida.

DATED this 22nd day September, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2